## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                         CASE NO. 6:24-cr-104-JA-LHP

DANY TELFORT

———————————————————

### ORDER

Before the Court is the *pro se* motion of Defendant Dany Telfort to correct a scrivener's error in the judgment under Federal Rule of Criminal Procedure 36. (Doc. 212). Defendant argues that the restitution ordered exceeds that allowed by statute because it is "based on conduct" for which he is not responsible. (*Id.* at 3–4). The Government's response (Doc. 215) correctly points out that Defendant has not identified any clerical error in the restitution order. Accordingly, Defendant's motion (Doc. 212) is **DENIED**.

**DONE** and **ORDERED** on March __/6__, 2026.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Dany Telfort