## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.                                        CASE NO. 6:24-cr-104-JA-LHP

DANY TELFORT

_____

### ORDER

Before the Court is the *pro se* motion of Defendant Dany Telfort for reconsideration of the denial of his motion to correct a scrivener's error in the judgment. (Doc. 217). Motions for reconsideration are rarely granted. *United States v. Gallardo Candelaria*, No. 6:25-CR-207, 2025 WL 2337391, at *2 (M.D. Fla. Aug. 13, 2025). The Federal Rules of Criminal Procedure do not expressly authorize reconsideration, so some courts apply standards from civil cases. *Id.* In civil cases, reconsideration is only available where there is: (1) an intervening change in controlling law, (2) newly discovered and available evidence, or (3) clear error or manifest injustice. *Id.* Here, none of these circumstances apply. Accordingly, Defendant's motion for reconsideration (Doc. 217) is **DENIED**.

**DONE** and **ORDERED** on April /5 , 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Dany Telfort